JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER GRIFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDIFY ASSOCIATES LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01282-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the In Chambers Order [ECF No. 11] entered on or about September 24, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE